UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PATRICK KELLETT, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. 4:08-CV-917 (CEJ) |
| ) | |
| NANCY J. MEYERS, d/b/a ) | |
| Meyers Plumbing Services, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the motion of plaintiffs to compel defendant Nancy J. Meyers, d/b/a Meyers Plumbing Services, to appear for a post-judgment deposition. Defendant has not filed an opposition to the motion, and the time for doing so has expired.

On October 17, 2008, the Court entered a judgment in the amount of $40,591.67 in favor of plaintiffs and against defendant. To date, plaintiffs have been unable to recover the full amount of the judgment.

On December 18, 2009, plaintiffs sent a notice of deposition to defendant and a request for production of documents. By affidavit, plaintiffs have established that the notice was sent to defendant. (Doc. #17-2, at 1). The notice required defendant's attendance at the office of plaintiffs' counsel on January 19, 2008, at 10:00 a.m. Defendant did not appear at the appointed date and time, nor did she produce the requested documents. Id. As result, plaintiffs filed their motion to compel discovery on January 23, 2009.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion to compel defendant Nancy J. Meyers, d/b/a Meyers Plumbing Services, to appear for a post-judgment deposition [Doc. #16] is **granted**.

**IT IS FURTHER ORDERED** that, on **Monday, March 31, 2009**, at **10:00 a.m.**, defendant Nancy J. Meyers, d/b/a Meyers Plumbing Services, shall appear at the offices of plaintiffs' counsel for the purpose of a post-judgment deposition and produce the requested documents at that time.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 13th day of March, 2009.